# UNITED STATES DISTRICT COURT

for the

Southern District of Alabama

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )   Case No.   19-mj-118
Facebook account number ░░░░░░░░░ further )
described in Attachment A )

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

Facebook account number ░░░░░░░░░ further described in Attachment A

located in the _____Southern_____ District of _____Alabama_____ , there is now concealed *(identify the person or describe the property to be seized)*:

Digital evidence of crimes related to Title 18 , United States Code, Section 875(c), and Title 18, United States Code, Section 2261A(2)(B)

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☐ contraband, fruits of crime, or other items illegally possessed;

☐ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 875(c) | Threatening Communications |
| 18 U.S.C § 2261A(2)(B) | Cyber Harassment |

The application is based on these facts:

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

Special Agent Ketrick Kelley, FBI
*Printed name and title*

Sworn to before me and attestation acknowledged pursuant to FRCP 4.1(b)(2).

Date:  06/28/2019_____

P. Bradley Murray
U.S. Magistrate
Judge *Judge's signature*

City and state:  Mobile, Alabama_____

Hon. Bradley P. Murray, U.S. Magistrate Judge
*Printed name and title*