IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| IN RE | |
|---|---|
| APPLICATION FOR SEARCH WARRANT | Mag. J. No. 19-mj-118<br>FILED UNDER SEAL |

## **ORDER**

This matter is before the Court on the United States' Motion to Substitute Redacted Copies of the application for a search warrant and accompanying documents. The Court, after having considered the motion and finding that the best interests of this case will be served by permitted the substitution of redacted copies of the same for unsealing, ORDERS that the application for search warrant and accompanying documents in the above-captioned matter be redacted by the United States within a reasonable time after the return of the search warrant to the Court, and that the redacted documents will then be unsealed.

The Clerk is DIRECTED to unseal the case upon receipt of the redacted documents without further order of the Court.

DONE AND ORDERED this __28th__ day of June, 2019.

> P. Bradley Murray
> U.S. Magistrate
> Judge

HON. BRADLEY P. MURRAY
UNITED STATES MAGISTRATE JUDGE